UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TABOOLA, INC.,                                                      :
                                                                    :
                            Plaintiff,           :
                                                                    :
                  -against-                    :
                                                                    :     ORDER
EZOIC INC. And DWAYNE LAFLEUR,                                      :
                                                                    :     17-CV-9909 (PAE)(KNF)
                       Defendants.          :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A conference was held with counsel to the respective parties on July 15, 2020, via telephone. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before December 31, 2020;

2. the last date on which to amend pleadings will be September 15, 2020;

3. the last date on which to join additional parties will be September 15, 2020;

4. a telephonic status conference will be held with the parties on November 16, 2020, at 2:00 p.m.  The parties shall use dial in (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be served and filed on or before February 1, 2021;

6. the response to the motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

7. if no dispositive motion is made, the parties shall submit their joint pretrial order on or before February 1, 2021.  That document must conform to the requirements for

such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
July 15, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE