UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TABOOLA, INC.,

       Plaintiff,

   - against -                                **ORDER**

EZOIC INC., et al.,                      17 CV 9909 (PAE) (KNF)

       Defendant.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephonic status conference scheduled previously for November 16, 2020, will be held on November 12, 2020, at 2:00 p.m. The parties shall use call-in number (888) 557-8511 and access code 4862532.

Dated: New York, New York                SO ORDERED:
       October 16, 2020

                                                  _Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE