UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TABOOLA, INC., | | |
| | Plaintiff, | 17 Civ. 9909 (PAE) (KNF) |
| -v- | | ORDER |
| EZOIC INC. and DWAYNE LAFLEUR, | | |
| | Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received an objection from plaintiff Taboola Inc. to the magistrate judge's decision not to extend the period for discovery. The Court directs defendants to submit a memorandum with their views on this issue by Thursday, January 28, 2021. The Court notes that Taboola has separately submitted a letter in response to the defendants' letter in anticipation of a potential motion for summary judgment. Pending the Court's resolution of the application to reopen discovery, the Court does not require any further pre-motion letters with regard to potential summary judgment motions, including as to the cross-motion for summary judgment that Taboola's letter anticipates

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 25, 2021
New York, New York

1