UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TABOOLA, INC.,

        Plaintiff,

    - against -                                    **ORDER**

EZOIC INC. and DWAYNE LAFLEUR,           17-CV-9909 (PAE) (KNF)

        Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on April 15, 2021, at 11:45 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                    SO ORDERED:
       April 2, 2021

                                                      _Kevin Nathaniel Fox_
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE