UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABOOLA, INC.,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>EZOIC INC. and DWAYNE LAFLEUR,<br><br>                              Defendants. | 17 Civ. 9909 (PAE) (KNF)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a request by counsel to redact, from public filings, substantial portions of their filings on the pending motions for summary judgment. *See* Dkt. 141. The parties' sealing requests are extremely overbroad and are denied. The Court directs counsel, by 5 p.m. on Friday, July 2, 2021, either to publicly file all such materials without any redactions, or to propose far less sweeping redactions, consistent with the limited purposes for which sealing is proper. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("In addition to the common law right of access, it is well established that the public and the press have a qualified First Amendment right to attend judicial proceedings and to access certain judicial documents." (quotations omitted)); *PDV Sweeny, Inc. v. ConocoPhillips Co.*, No. 14 Civ. 5183 (AJN), 2014 WL 4979316, at *2 (S.D.N.Y. Oct. 6, 2014) ("Where this First Amendment right of access applies, sealing is appropriate only if 'on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" (quoting *Lugosch*, 435 F.3d at 120)).

1

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 1, 2021
   New York, New York